**STATE of Missouri, Respondent,**

v.

**Dominic MAXWELL, Appellant.**

**No. ED 84454.**

Missouri Court of Appeals,
Eastern District,
Division Two.

April 19, 2005.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 22, 2005.

Application for Transfer Denied
Aug. 30, 2005.

Susan K. Roach, Clayton, MO, for appellant.

Deborah Daniels, Assistant Attorney
General, Jefferson City, MO, for respondent.

Before PATRICIA L. COHEN, P.J.,
KATHIANNE KNAUP CRANE, J., and
ROBERT G. DOWD, JR., J.

***ORDER***

PER CURIAM.

Dominic Maxwell ("Defendant") appeals
from the judgment of the Circuit Court of
St. Louis County convicting him of one
count of robbery in the first degree, one
count of armed criminal action, and one
count of resisting arrest. Because we hold
that: (1) the trial court did not err in
overruling Defendant's motions to suppress identification and physical evidence;
and (2) there was sufficient evidence to
support Defendant's convictions, we affirm.
We do not reach the merits of Defendant's
claim that his trial counsel was ineffective
in failing to investigate the case and call a
witness because such claim is not cognizable on direct appeal.

We have reviewed the briefs of the parties and the record on appeal. The trial
court's judgment is supported by sufficient
evidence and no error of law appears. An
extended opinion reciting the detailed facts
and restating the principles of law applicable to this case would have no precedential
value. We have, however, provided a
memorandum for the use of the parties
only setting forth the reasons for our decision.

We affirm pursuant to Rule 30.25(b).